Matter of Webb (Commissioner of Labor) (2024 NY Slip Op 02121)

Matter of Webb (Commissioner of Labor)

2024 NY Slip Op 02121

Decided on April 18, 2024

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:April 18, 2024

CV-23-1875
[*1]In the Matter of the Claim of Danica Webb, Appellant. Commissioner of Labor, Respondent.

Calendar Date:March 22, 2024

Before:Garry, P.J., Clark, Pritzker, Fisher and Powers, JJ.

Danica Webb, Elmont, appellant pro se.
Letitia James, Attorney General, New York City (Gary Leibowitz of counsel), for respondent.

Appeal from a decision of the Unemployment Insurance Appeal Board, filed March 22, 2023, which ruled that claimant was disqualified from receiving unemployment insurance benefits because her employment was terminated due to misconduct.
Decision affirmed. No opinion.
Garry, P.J., Clark, Pritzker, Fisher and Powers, JJ., concur.
ORDERED that the decision is affirmed, without costs.